# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RASHAAN O. REED,

        Petitioner,    :    Case No. 3:20-cv-170

 - vs -                            District Judge Walter H. Rice
                                  Magistrate Judge Michael R. Merz

JAMES HAVILAND, Warden,
  Allen/Oakwood Correctional Institution,

                                 :

        Respondent.

## ORDER STAYING PROCEEDINGS

This habeas case is before the Court on the parties' Joint Motion to Stay (ECF No. 43). Having considered the Motion and acting pursuant to authority recognized in *Rhines v. Weber*, 544 U.S. 269 (2005), all further proceedings in this case, including without limitation Respondent's obligation to file an answer, are STAYED pending the outcome of *State v. Reed*, No. 2020-1337, now pending in the Supreme Court of Ohio and until further order of this Court.

The parties are ordered to file a joint status report on the case in the Supreme Court of Ohio not later than June 1, 2021, and every sixty days thereafter. In addition, the parties shall provide the Court promptly with any decision by the Supreme Court of Ohio.

April 14, 2021.

                                                            s/ *Michael R. Merz*
                                                         United States Magistrate Judge